**Received**
01/20/26 05:01 pm

**Filed**
01/20/26

Island Shoals Henry 430, LLC, Southern Consulting
Services, LLC, A Partner Other Than the Tax Matters
Partner,

   Petitioner

   v.

Commissioner of Internal Revenue

   Respondent

Electronically Filed
Docket No. 32936-21
Document No. 70

# Notice of Appeal for the 11th Circuit

Received
01/20/26 05:01 pm

Filed
01/20/26

Island Shoals Henry 430, LLC, Southern Consulting
Services, LLC, A Partner Other Than the Tax Matters
Partner,

      Petitioner

      v.

Commissioner of Internal Revenue

      Respondent

Electronically Filed
Docket No. 32936-21
Document No. 70

# Notice of Appeal

**SERVED 01/20/26**

**FORM 17**

## NOTICE OF APPEAL TO COURT OF APPEALS FROM A DECISION OF
## THE UNITED STATES TAX COURT
(See Rules 190 and 191.)
www.ustaxcourt.gov

### UNITED STATES TAX COURT
Washington, D.C.

Docket No. __32936-21__

Island Shoals Henry 430, LLC, Southern Consulting Services,
__LLC, A Partner Other Than the Tax Matters__ Partner
Petitioner(s)

v.

Notice of Appeal

COMMISSIONER OF INTERNAL REVENUE,
Respondent

Island Shoals Henry 430, LLC, Southern Consulting
Services, LLC, A Partner Other Than the Tax Matters____ (name all parties taking the appeal)*
Partner

appeal to the United States Court of Appeals for the ____Eleventh____ Circuit from the

decision entered on ____October 22, 2025____ (state the date the decision was entered).
[This appeal relates to the Tax Court's decision that (1) the Notice of Final Partnership Administrative Adjustment ("FPAA") issued to the Tax Matters Partner was valid; (2) Respondent properly issued FPAAs to the notice partners (Petitioners); and (3) that the Petition filing deadline could not be equitably tolled.]

(s)_____    Tax Court Bar No. AA0255_____
   Anson H. Asbury

Attorney for  Island Shoals Henry 430, LLC, Southern Consulting Services, LLC, A Partner Other Than the Tax Matters Partner

Address:____303 Peachtree Street NE, 52nd Floor, Atlanta, Georgia 30308____

* See Rule 3(c) of the Federal Rules of Appellate Procedure for permissible ways of identifying appellants.